UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| SHARALYN WRIGHT,<br>   Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br>   Defendant. | Case No. 3:15-CV-0096-TMB<br><br>(Consolidated with<br>Case No. 3:16-cv-0046-TMB)<br><br>**ORDER (PROPOSED)** |

  **UPON CONSIDERATION** of the stipulation of the parties, this matter is dismissed with prejudice with each party to bear its own costs and attorney fees.

  **IT IS SO ORDERED**.

  **DONE** this ___ day of _____, 2017.

_____
Timothy M. Burgess
United States District Court Judge